07-750



FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE ***** DISTRICT OF DELAWARE

I. CAPTION

GBEKE MICHAEL AWALA
*(Enter the full name of the plaintiff or plaintiffs)*
    v.
JUSTICE SAMUEL A. ALITO, JR.

SENATOR JOSEPH BIDEN,

CHIEF JUSTICE JOHN G. ROBERTS JR.
*(Enter the full name of the defendant or defendants)* and JOHN M. WALKER, Jr (2nd Cir.). Chief Judge.
and CAROLYN DINEEN KING (5th Cir).

and J.L. Edmondson (11th Cir).

and WILLIAM W. WILKINS (4th Cir), Chief Judge

and FRANK H. Easterbrook (7th Cir.) Chief Judge.

and CHIEF JUDGE ANTHONY J. SCIRICA, (3rd Cir).

and CHIEF JUDGE SUE L. ROBINSON (D. Del).

and MICHAEL B. MUKASEY, U.S. ATTORNEY GENERAL (NOMINEE), Defendants.

II. PARTIES

a. Plaintiff
   GBEKE M. AWALA
   Full name: _____

   Prison identification number: 82074-054

   Place of present confinement: U.S P. CANAAN

   Address: P.O. BOX 300, Waymart, PA 18472

   Place of confinement at time of incidents or conditions alleged in complaint, including address:
       Same As Above.......

   Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

   1. Full name including title: JUSTICE SAMUEL A. ALITO JR.

      Place of employment and section or unit: SUPREME COURT OF THE UNITED STATES.

   2. Full name including title: SENATOR JOSEPH BIDEN,

      Place of employment and section or unit: UNITED STATES SENATOR

   3. Full name including title: CHIEF JUSTICE JOHN G. ROBERTS JR.

      Place of employment and section or unit: SUPREME COURT OF THE UNITED STATES

   4. Full name including title: CHIEF JUDGE ANTHONY J. SCIRICA,

      Place of employment and section or unit: U.S. COURT OF APPEALS THIRD CIRCUIT et al.

   Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

Page 1

### III. PREVIOUS LAWSUITS

Instructions:

If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.

If you have filed other lawsuits, provide the following information.

Parties to your previous lawsuit:

Plaintiffs __GBEKE MICHAEL AWALA__

Defendants __JUDGE CHESTER J. STRAUB 2nd Circuit.et al.__

Issues: __The Judge who knows other judges have erred, but agrees because he does not want to shame them, will end in Gehenna--Sefer Hasidim.__

Court: if federal, which district? __SOUTHERN DISTRICT OF NEW YORK__

if state, which county? _____

Docket number: __07-cv-05858-DAB__   Date filed: __06/20/2007__

Name of presiding judge: __DEBORAH A. BATTS__

Disposition: (check correct answer(s)); Date: __06/20/2007__

Dismissed __xx__  Reason? __pursuant to 28 U.S.C. Section 1915(e)__

Judgment __XX__  In whose favor? __Defendants.__

Pending ___  Current status? _____

Other ___  Explain _____

Appeal filed? __XX__  Current status? __PENDING__

Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.

### IV. ADMINISTRATIVE REMEDIES

Instructions:

Provide the information requested below if there is an administrative procedure to resolve the issues you raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.

a. Describe the administrative procedures available to resolve the issues raised in this complaint:

Type of procedure. (grievance, disciplinary review, etc.)
The arrow shot by the archer may or may not kill a single person.

Authority for procedure. (DC-ADM, inmate handbook, etc.)
But stratagems devised by Judges, a wise men can kill even babes

Formal or informal procedure. in the womb.--Kautilya, Indian Philosopher,

Who conducts the initial review? Third Century B.C.

What additional review and appeals are available?
Which is exactly what seven out of nine lawyer-judges did in Roe v. Wade, 93 S.Ct. 705 (1973). The stratagem employed in Roe was used in

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

On what date did you request initial review? IN RE: GBEKE M. AWALA

What action did you ask prison authorities to take? SUPREME COURT
"WRIT OF PROHIBITION NO.: 07-5119" Denied November 5, 2007.

What response did you receive to your request? Everyone knows Judges is a profession known for dishonesty. How can plaintiff Awala, not believe

What further review did you seek and on what dates did you file the requests? That putting a black robe on Justice Samuel A. Alito Jr, Chief Justice John G. Roberts Jr, Chief Judge Anthony J. Scirica, Chief Judge Sue L. Robinson, Michael B. Mukasey, all makes a natural liar honorable.

What responses did you receive to your requests for further review?
Simply beyond finite comprehension Senator Joseph Biden...Those who think they can't afford plaintiff the benefit of the U.S. Constitution by Birth In America, who had control of the Democrat or Republican, are likely to Kill the plaintiff Gbeke M. Awala, born in Miami-Dade County, Florida.

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why.

Plaintiff has been taken in by the Shell game of Michael B. Mukasey's agents stole his U.S. Birth Documents. These defendants dont want to know what the laws is. There discretion is the law of tyrants.

Page 3

GBEKE MICHAEL AWALA moves this Court pursuant to 28 U.S.C. Sec 1331, and Title 42 U.S.C. Section 1981, 1982, 1983 and 1985, for violation of his Constitutional rights under the Fifth and Fourteenth Amendment U.S. Constitution.

The Justice and Judges listed above are governmental employees acting under the color of the federal Laws, charged with administering the Laws of the United States, the alleged defendants violated their oath of office by acting contrary to the Constitution.

Plaintiff was born in the United States, in the state of florida, on May 17, 1971, laws are necessary for the issuance of his birth certificate, and as it is a great importance to be attended to. These defendants discretionary choices were left to a court's <u>inclination</u>, not to judgment, they failed to guide judgments made by them against the plaintiff by sound legal principles. This discretion in their part is the law of tyrants. Plaintiff alleges to the end that their theory in this matter seems to declare laws, that appears a translation into hell, like the "valley of Hinnom," they continue to rule on the basis of what they wish the law could be not what the law is. See <u>In re Barshak</u>, 106 F.3d 501, 506 (3d Cir. 1997).

Plaintiff furnished abundant proof of matters affecting his birthright, the defendants failed to afford "careful reading of the facts, thus, this isn't the way the legal system is supposed to work." Long ago, <u>Chief Justice Marshall</u> rejected in the strongest terms the proposition that a court should choose the harsher of two interpretations of a statute in order to make the statute more effective at eradicating the evil it is aimed at. See <u>United States v. Wilberger</u>, 18 U.S. (5 Wheat) 76, 95-96, 5 L. Ed. 37 (1820).

In this case at bar, the rule that plaintiff is viewed as an alien, rather than a United States Citizen is not founded on the tenderness of the laws for the right of his citizenship, thus, the power promulgated by the defendanst to punish him is not vested by the defendant Senator Joseph Biden. It is the legislature, not the court, which is to define a crime, and ordain its punishment...The defendants mentioned above are dangerous, to carry out execution of a wrong criminal statute in a manner subservient to the rule of law and laws of U.S. Citizenship status by natural and generic birth in the United States. The defendants Justice and Judges of these Federal Courts committed great atrocity against the plaintiff. They have forgotten that Our Courts are not gambling halls

-4-

## V. STATEMENT OF CLAIM

*Instructions:*

State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statutes. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.

*Statement of claim:*

but forums for the discovery of the truth. There attempts in search for the truth in this matter is hindered by their concealment of relevant and material evidence of the Plaintiff's birth in Miami-Dade County, Florida. See <u>United states v. Awala</u>, (Appeal No.:05-5479 (3d Cir. 2007)(D. Del. 04-901-KAJ/SLR)(2006). A trial is not a game, it is ultimately a goal ascertaining the truth. The unreasonable restraint designed by these Justices and Judges "complained about violated the articulated provisions safeguarding the plaintiff and they are firmly liable, had waived their immunity and consented to the suit." Regardless, of their individual and official capacities or position, they have brought shame and disrepute to the Office of the judiciary. They shall see the wrath of God over this matter, he molded me and formed an American. See Rev. 19:15.         See also Jerimiah 1:5 **(King James V.)**

## VI. RELIEF

*Instruction:* Briefly state exactly what you want the Court to do for you.

*Relief sought:*

ESTOPPEL, Permanent injunctive relief, quit perverting the 14th Amend. Sec. 1 U.S. Const, abstain from abhoring Justice, if justice had to be paid for, it would not be justice, used their authority to gain the trust they have lost. Amend the oracle of their wrong conviction and wrongful judgment. Interpretation of the laws in a manner to give way to State Court.

## VII. DECLARATION AND SIGNATURE

Repaid Expense and Damages $70Million. U.S. Currency. against all Twelve(12) Defdants.....'

I (we) declare under penalty of perjury that the foregoing is true and correct.

11/14/07
DATE

SIGNATURE OF PLAINTIFF(S)

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 REV. 1/90

IN UNITED STATES: ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: AWALA vs. ALITO JR.

FOR: U.S. District Court
AT: DISTRICT OF DELAWARE

LOCATION NUMBER: ▶

PERSON REPRESENTED (Show your full name): ▶

DOCKET NUMBERS:
- Magistrate:
- District Court: ▶
- Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony  ☐ Misdemeanor

1. ☐ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☒ Other (Specify) __Plaintiff__

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed?  ☐ Yes  ☐ No  ☒ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ ------
IF NO, give month and year of last employment. How much did you earn per month $1,800
If married is your Spouse employed?  ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
RECEIVED: 6Mths Bal.
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ 31.00 (Average).
SOURCES: Gifts

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE: _____   DESCRIPTION: None

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: N/A

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | None | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]  11/20/07

WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

November 5, 2007

Mr. Gbeke Michael Awala
Prisoner ID No. 82074-054
USP
PO Box 300
3057 Easton Turnpike
Waymart, PA  18472

Re:  In Re Gbeke Michael Awala
     No. 07-5119

Dear Mr. Awala:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

APPEAL, CLOSED, PROSE, SA-SB

# U.S. District Court
## District of Maryland (Baltimore)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00576-JFM

Awala v. Roberts et al
Assigned to: Judge J. Frederick Motz
Case in other court: USCA, 07-06562
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 03/01/2007
Date Terminated: 03/15/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Gbeke Michael Awala**     represented by   **Gbeke Michael Awala**
#82074-054
U.S. Penitentiary-Caraan
P O Box 300
Waymart, PA 18472
PRO SE

V.

**Defendant**

**John G. Roberts**
*Chief Justice*

**Defendant**

**William W Wilkins**
*Chief Judge*

**Defendant**

**Gerard B. Cope, Jr.**
*Chief Judge*

**Defendant**

**Michael B. Mukesey**
*Chief Judge*

**Defendant**

**Anthony J. Scivica**
*Chief Judge*

**Defendant**

**Sue L. Robinson**
*Chief Judge*

**Defendant**

**Michael Chertoff**
*Secretary of Homelnd Security*

**Defendant**

**Frederick J. Motz**
*Judge*

**Defendant**

**Marcia G. Cooke**
*Judge*

**Defendant**

**Kent A. Jordon**
*Judge*

**Defendant**

**Marcus**
*11th Circuit Judge*

**Defendant**

**Barksdale**
*5th Circuit Judge*

**Defendant**

**Norgle**
*Judge*

**Defendant**

**Alberto Gonzales**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2007 | 1 | COMPLAINT against Frederick J. Motz, Marcia G. Cooke, Kent A. Jordon, Marcus, Barksdale, Norgle, Alberto Gonzales, John G. Roberts, William W. Wilkins, Gerard B. Cope, Jr, Michael B. Mukesey, Anthony J. Scivica, Sue L. Robinson, Michael Chertoff, filed by Gbeke Michael Awala. (Attachments: # 1 Attachment)(cem, Deputy Clerk) (Entered: 03/12/2007) |
| 03/01/2007 | 2 | MOTION for Leave to Proceed in forma pauperis by Gbeke Michael Awala. (cem, Deputy Clerk) (Entered: 03/12/2007) |
| 03/15/2007 | 3 | MEMORANDUM. Signed by Judge J. Frederick Motz on 3/15/07. (c/m 3/15/07 bh)(bmh, Deputy Clerk) (Entered: 03/15/2007) |
| 03/15/2007 | 4 | ORDER dismissing the complaint without prejudice; and denying 2 Plaintiff's Motion for Leave to Proceed in forma pauperis. Signed by Judge J. Frederick Motz on 3/15/07. (c/m 3/15/07 bh)(bmh, Deputy Clerk) (Entered: 03/15/2007) |
| | | |

| | | |
|---|---|---|
| 04/09/2007 | 5 | NOTICE OF APPEAL as to 4 Order on Motion for Leave to Proceed in forma pauperis, 3 Memorandum Opinion by Gbeke Michael Awala. (Filing Fee Not Paid) (rec'd 4/13/07-sls) (sls, Deputy Clerk) (Entered: 04/13/2007) |
| 04/13/2007 | 6 | Correspondence from Plaintiff re: dated April 2, 2007. (cem, Deputy Clerk) (Entered: 04/13/2007) |
| 04/13/2007 | 7 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 5 Notice of Appeal. IMPORTANT NOTICE: To access forms which you are required to file with the United States Court of Appeals for the Fourth Circuit please go to http://www.ca4.uscourts.gov and click on Forms & Notices. (Attachments: # 1 Fee Letter)(sls, Deputy Clerk) (Entered: 04/13/2007) |
| 04/24/2007 | | USCA Case Number 07-6562 for 5 Notice of Appeal filed by Gbeke Michael Awala. Case Manager - Shirley J. Beasley (nrm, Deputy Clerk) (Entered: 04/24/2007) |
| 04/30/2007 | 8 | NOTICE of Change of Address by Gbeke Michael Awala (sls, Deputy Clerk) (Entered: 05/02/2007) |
| 05/02/2007 | 9 | MOTION and Affidavit for Leave to Appeal in forma pauperis by Gbeke Michael Awala. Responses due by 5/21/2007 (sls, Deputy Clerk) (Entered: 05/02/2007) |
| 05/03/2007 | 10 | ORDER granting 9 Motion for Leave to Appeal in forma pauperis. Signed by Judge J. Frederick Motz on 5/3/07.(c/m 5//4/07-sls) (sls, Deputy Clerk) (Entered: 05/04/2007) |
| 05/04/2007 | 11 | ORDER "DIRECTING" that clerk shall STRIKE plaintiff's motion for leave to appeal in forma pauperis and this court's margin order granting same (Paper Nos. 9 & 10) from the docket.. Signed by Judge J. Frederick Motz on 5/4/07. (sls, Deputy Clerk) (Entered: 05/07/2007) |
| 05/29/2007 | 12 | AMENDED NOTICE OF APPEAL as to 4 Order on Motion for Leave to Proceed in forma pauperis, 3 Memorandum Opinion by Gbeke Michael Awala.(rec'd in USCA 5/14/07) (sls, Deputy Clerk) Additional attachment(s) added on 5/30/2007 (sls, Deputy Clerk). (Entered: 05/30/2007) |
| 05/30/2007 | 13 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 5 Notice of Appeal. IMPORTANT NOTICE: To access forms which you are required to file with the United States Court of Appeals for the Fourth Circuit please go to http://www.ca4.uscourts.gov and click on Forms & Notices. (sls, Deputy Clerk) (Entered: 05/30/2007) |
| 06/04/2007 | 14 | ORDER of USCA "GRANTING" appellant leave to proceed on appeal without full prepayment of fees as to 5 Notice of Appeal filed by Gbeke Michael Awala (sls, Deputy Clerk) (Entered: 06/04/2007) |
| 10/09/2007 | 15 | MOTION for Return of Property F.R.Cr.P. 41(e) by Gbeke Michael Awala. (bmh, Deputy Clerk) (Entered: 10/10/2007) |
| | | |

| | | |
|---|---|---|
| 10/16/2007 | 16 | ORDER denying 15 Plaintiff's Motion for Return of Property. Signed by Judge J. Frederick Motz on 10/16/07. (c/m 10/16/07 cem, Deputy Clerk) (Entered: 10/16/2007) |
| 10/26/2007 | 18 | NOTICE OF APPEAL as to 16 Order on Motion for Return of Property by Gbeke Michael Awala.(Filing Fee Not Paid) (sls, Deputy Clerk) (Entered: 11/02/2007) |
| 11/01/2007 | 17 | ORDER of USCA "DENYING" appellant leave to proceed without the prepayment of fee as to 5 Notice of Appeal filed by Gbeke Michael Awala. (sls, Deputy Clerk) (Entered: 11/02/2007) |
| 11/02/2007 | 19 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 18 Notice of Appeal. IMPORTANT NOTICE: To access forms which you are required to file with the United States Court of Appeals for the Fourth Circuit please go to http://www.ca4.uscourts.gov and click on Forms & Notices. (Attachments: # 1 Fee Letter)(sls, Deputy Clerk) (Entered: 11/02/2007) |

I hereby attest and certify on 11/2/07
that the foregoing document is a full, true and correct
copy of the original on file in my office
in my custody.

FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
DISTRICT OF MARYLAND

07-750



*EXHIBIT A*



RECEIVED
NOV 21 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

GBEKE MICHAEL AWALA,

                            Plaintiff - Appellant,

versus

JOHN G. ROBERTS, JR., Chief Justice; WILLIAM W. WILKINS, Chief Judge; GERARD B. COPE, JR., Chief Judge; MICHAEL B. MUKESEY, Chief Judge; ANTHONY J. SCIVICA, Chief Judge; SUE L. ROBINSON, Chief Judge; MICHAEL CHERTOFF, Secretary of Homeland Security; J. FREDERICK MOTZ, Judge; MARCIA G. COOKE, Judge; KENT A. JORDON, Judge; MARCUS, 11th Circuit Judge; BARKSDALE, 5th Circuit Judge; NORGLE, Judge; PETER D. KEISLER, Acting United States Attorney General,

                            Defendants - Appellees.

O R D E R

Appellant has filed an application for leave to proceed on appeal without prepayment of fees. By order dated September 29, 2006, this Court in case No. 06-7423 determined that appellant had filed three previous civil actions in federal court which were dismissed for failure to state a claim. Because appellant has reached the statutory limit for filing or appealing such civil actions under the Prison Litigation Reform Act, the Court

**ORDER**

Chief Justice JOHN G. ROBERTS, JR.; HARRY M. REID; President GEORGE W. BUSH; Chief Judge ANTHONY J. Scirica, U.S. Court of Appeals 3rd Circuit,

Defendants - Appellees.

The parties shall meet the following time schedule:

7/27/07  Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Marian Foreman
Deputy Clerk

GBEKE MICHAEL AWALA
No. 82074-054
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

legal Mail:

07-750

SCRANTON PA 135
13 NOV 2007 PM 1 T

19801435713

Sue L. Robinson
U.S. Chief Judge
U.S. District Court
For the District of Delaware
844 N. King Street, Lockbox 31
Wilmington, DE 19801-3570