# FINANCIAL AFFIDAVIT

CJA 23

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

REV. 1/90

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|---|---|---|

IN THE CASE OF

AWALA — vs. — ALITO JR.

FOR U.S. District Court

AT DISTRICT OF DELAWARE

**PERSON REPRESENTED** (Show your full name)

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☒ Other (Specify) Plaintiff

**CHARGE/OFFENSE** (describe if applicable & check box →)
☐ Felony
☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate
District Court
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed?  ☐ Yes  ☐ No  ☒ Am Self Employed

Name and address of employer:

IF YES, how much do you earn per month? $ ------

IF NO, give month and year of last employment
How much did you earn per month $ 1,800

If married is your Spouse employed?  ☐ Yes  ☐ No

IF YES, how much does your Spouse earn per month $

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ 31.00 (Average)

6Mths Bal.

SOURCES Gifts

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No    IF YES, state total amount $

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE VALUE AND DESCRIBE IT

VALUE

DESCRIPTION

None

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents

List persons you actually support and your relationship to them

N/A

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | None | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT**
(OR PERSON REPRESENTED)

11/20/07

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

GBEKE MICHAEL AWALA
No. 82074-054
U.S. P. Canaan
P.O. Box 300
Waynart, PA 18472

legal Mail:

07 - 7 5 0

SCRANTON PA 185

13 NOV 2007 PM 1 T

Sue L. Robinson
U.S. Chief Judge
U.S. District Court
For the District of Delaware
844 N. King Street, Lockbox 31
Wilmington, DE 19801-3570

19801+35713