IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA,          :

    Plaintiff,              :      Civ No.: 07-750 Judge Farnan Jr.

    v.                      :

                            :      Appeal No.

JUSTICE SAMUEL ALITO, JR.,    :

et al.                        :

    Defendants              :



NOTICE OF APPEAL

COMES NOW the plaintiff Gbeke Michael Awala, appearing in the above entitled matter and moves this Court pursuant to Rule 4, Fed.R. App.P., for an entry and docketing on appeal to the U.S. Court of Appeals for the Third Circuit, stemming from an appeal of the order of Hon. Judge Joseph J. Farnan, Jr, on December 6, 2007. In support thereof avers:

WHEREAS, this Judicial Officer is fully learned about the financial status of the plaintiff, much more you should have foreseen paying me out of the government's treasury a sum close to $77 Million in U.S. Currencies, which would be an order from this Court for general damages, what then is $350.00, simply deduct $350.00 from $77 Million. Perhaps according to the Bible Prophet Joseph, sent men to spy out Bethel, and the lord was with them. See Judges 1:22 King James Version.

However, your order should not drive you out of reasoning, please send some one to spy out the debt owned Gbeke M. Awala, by the United States Government, since they divided my U.S. Birth Documents among them, and cast lots on my birthright, forasmuch as you joined them screaming crucify him, crucify him, crucify Awala, similarly to what we saw in the Bible done to Jesus Christ and lessons from the moviey 'passion of Christ.' See also JOHN 19: 15. WHEREAS, this Court is called a place of skull. See also JOHN 19: 17. Therefore, the defendants mentioned above, full of sour wine, sitting

in their chambers, put hyssop on my petition filed before them, and put it into an order or decision, and in which this court adduced its close-fitting repugnant orders. See Alvord v. United States (1877) 95 US 356, acts of administrative assistants are deemed acts of head of department. See also Maxwell v. United States, (1914) 49 Ct. Cl. 262, acts of departmental head are acts of President. See also United States v. Jonas, (1874) 86 U.S. 598, it is the policy of law to hold head of department responsible for proper administration of governmental functions which pertains to it.

WHEREFORE, time is too precious a commodity to wait on some 30 days before you close this case, I cant pay you any $350.00, deduct the money from $77 Million the U.S. Government must remit this year, based upon the above principles, the defendants are guilty as complained. This appeal must enter processing effective from today.

Submitted under 28 U.S.C. Sec. 1746.

Dated /2/12/, 2007.

Respectfully submitted,

GBEKE MICHAEL AWALA
No. 82074-054
U.S. P. Canaan
P.O. Box 300
Waymart, PA 18472



GBEKE MICHAEL AWALA,
No. 82074-054
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

Legal Mail:

SCRANTON PA 185
12 DEC 2007 PM

PETER T. DALLEO
CLERK,
U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 N. King Street, Lockbox 18
Wilmington, DE 19801

U.S.M.S.
X-RAY