## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

07-4681

Awala v. Alito, et al

07-cv-00750

### O R D E R

Pursuant to Fed. R. App. P. 3(a)(2) of the Federal Rules of Appellate Procedure and 3rd Cir. LAR Misc. 107.2(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute.. It is

 FURTHER ORDERED that a certified copy of this order be issued forthwith as the in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

cc: Mr. Gbeke Michael Awala

 Dated:  March 12, 2008