IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE AWALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-750-GMS |
| | ) |
| JUSTICE SAMUEL ALITO, JR., et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 6, 2007, the court entered an order denying leave to proceed *in forma pauperis* because the plaintiff had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant complaint does not allege an imminent threat of physical injury (D.I. 5);

WHEREAS, the plaintiff appealed the order to the U.S. Court of Appeals for the Third Circuit and the appeal was dismissed for failure to timely prosecute (D.I. 8, 9);

WHEREAS, subsequent to dismissal of the appeal, and to date, the plaintiff has not paid the $350.00 filing fee owed to this court;

THEREFORE, at Wilmington this 16th day of May, 2008, IT IS HEREBY ORDERED that the plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE.**

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
MAY 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE