IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Gbeke M. Awala,
  Plaintiff,

v.

JUSTICE, SAMUEL A. ALITO, Jr. et al.
  Defendants,

cv.no. 07-750-GMS


FFIILLEEDD
JUL 21 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE OF APPEALS

Comes Now, Plainly, as we reasonably believe the order in the captioned was a Consonant with the regard for these fastidiousness Damages sought from the Genocide. The erroneous order which undermine the performance of Judge Gregory M. Sleet, the guiding consideration under Imminent danger of physical Injury was contravened by the order, dated May 16, 2008. These Justice and Judges must not regard ther robs a sworn Stain for blood of the Innocent ordered to leave for Georgia, leave for Delaware, leave for New York, and then killed by cold blooded means under the repugnant Police Powers, plotted firearms, entrapment and conduct calculated to bring about the physical destruction of Mr. Gbeke M. Awala; families, Kidnapped for the Intent of 18 U.S.C § 1091(b). See Vietnam Ass'n for Victims of Agent Orange v. Dow Chem. 517 F.3d 104 (2007).

The death toll officially is 35,000 personel, 74,000 people Injured and 7,000 missing, and egregious fraudulent Conspiracy of Assets see Demmenjian v. Deutsche Bank AG

(2007) 522 F. Supp. 2d 168. This appeal is final and Cognitive under 28 U.S.C. § 1291. See United States v. Robinson, 361 U.S. 220, 224 (1960); Williams v. Guzzardi, 875 F.2d 46, 49 (3d Cir. 1989).

WHEREFORE, I urge the Court to take notice.

This Judges needs to be Indicted for Genocide, tried, convicted, and sent to prison in order to protect the public and teach other Federal Judges that Genocide and Judicial arrogance, Incompetency and Criminal Acts, will not go uncorrected. See Davis v. Passman, 99 S.Ct. 2264, pp. 2277 (1979).

cc: Paul D. Clement
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Submitted under penalty of perjury to be true and Correct. 28 U.S.C. § 1746.

Addendum: The defendants under the Judicial power of the United States are to exercised and administered freely from unlawful Impairment and obstruction, and more particularly its rights to the Conscientious, faithful, disinterested and unbiased Judgment. See United States v. Manton, 107 F.2d 834 (2nd Cir. 1938).

We further Conclude that the defendants are Criminally liable under RICO, 18 U.S.C. § 1964(a). See United States v. Mcdade, 827 F. Supp. 1153, 1181 (Ed. Pa. 1993); Agency Holding Corp. v. Malley-Duff, 107 S.Ct. 2759 (1987); (Interstate Extortion and murder of all kind Committed against the Awake and Companion), in violation of due process. Jordan v. Com of Massachusetts, 225 US 167 (1912); Alexander v. Whitman, 114 F.3d 1392 (3d Cir. 1997). Wherefore the appeal must proceed. Respectfully submitted under and dated: 7/12/08.